JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESAR VEGA DURAN,<br><br>        Petitioner<br><br>     v.<br><br>W.L. MONTGOMERY, WARDEN,<br><br>        Respondent. | Case No. 2:22-cv-06695-JFW (GJS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Denying Motion And Dismissing Action Without Prejudice,

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

DATE: September 26, 2022

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE